JS-6

Stephen M. Doniger, Esq. (State Bar No. 179314)
Scott A. Burroughs, Esq. (State Bar No. 235718)
DONIGER / BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, California 90230
Tel: 310-590-1820
Fax: 310-417-3538
scott@donigerlawfirm.com
Attorneys for Plaintiff

| | |
|---|---|
| DIANA BEY,<br><br>Plaintiff,<br><br>vs.<br><br>U.S. BANK; et al.,<br><br>Defendants. | Case No.: SACV09-0822 DOC (MLGx)<br><br>**ORDER ON STIPULATED DISMISSAL**<br><br>**Fed. R. Civ. P. 41(a)(2)**<br><br>Stipulation Submitted Herewith |

///

///

1

ORDER

**ORDER:**

After review of the parties' stipulation, and for good cause appearing, the following is ORDERED pursuant to Fed. R. Civ. P. 41(a)(2):

      (1)    This matter is to be dismissed with prejudice;

      (2)    Plaintiff, on the one hand, and Defendants, on the other hand, shall bear their own fees and costs as incurred against one another in connection with this action; and

      (3)    This Court shall maintain jurisdiction over this action for purposes of enforcing the settlement agreement that precipitated this dismissal.

**SO ORDERED.**


DATED: July 14, 2010   BY: _David O. Carter_____

                         HONORABLE DAVID O. CARTER
                         United States District Court Judge